STROOCK & STROOCK & LAVAN LLP
DANIEL A. ROZANSKY (State Bar No. 161647)
drozansky@stroock.com
ERIC F. HARBERT (State Bar No. 241144)
eharbert@stroock.com
BENJAMIN T. POTTER (State Bar No. 260588)
bpotter@stroock.com
2029 Century Park East
Los Angeles, CA 90067-3086
Telephone: 310-556-5800
Facsimile: 310-556-5959
E-Mail: lacalendar@stroock.com

Attorneys for Plaintiffs
  ARAMID ENTERTAINMENT FUND LIMITED and
  CAYMAN FILM HOLDINGS LIMITED

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| ARAMID ENTERTAINMENT FUND LIMITED AND CAYMAN FILM HOLDINGS LIMITED, | Case No. CV10-01881 JFW (PLAx) |
|---|---|
| Plaintiffs, | [Before the Hon. Judge John F. Walter, Ctrm. 16] |
| vs. | **DECLARATION OF ERIC C. BRIGGS IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT** |
| DAVID BERGSTEIN and RONALD TUTOR, | |
| Defendants. | Date: February 28, 2011<br>Time: 1:30 PM<br>Ctrm: 16 |
| | Action Filed: March 16, 2010<br>Pre-Trial Conference: April 15, 2011<br>Trial Date: May 3, 2011 |

LA 51366193

Case 2:10-cv-01881-JFW-PLA   Document 79   Filed 01/31/11   Page 2 of 4   Page ID #:2697



# DECLARATION OF ERIC C. BRIGGS

I, Eric C. Briggs, declare:

1. I have been retained as an expert witness by Stroock & Stroock & Lavan LLP ("Stroock"), counsel to plaintiffs Aramid Entertainment Fund Limited and Cayman Film Holdings Limited (collectively, "Plaintiffs") in the above matter now pending before this Court. I submit this declaration in support of Plaintiffs' Motion For Partial Summary Judgment. I have personal knowledge of the facts set forth below and if called upon to testify thereto, I could and would competently do so under oath.

2. I am a founding principal of The Salter Group, LLC ("The Salter Group"). The Salter Group is a leading independent financial and strategic advisory firm that specializes in providing financial opinions, valuations, financial and strategic analysis and transaction support covering a broad spectrum of industries and situations from early stage, middle market and Fortune 500 companies and capital market constituents.

3. I have extensive personal experience providing valuation opinions and financial advisory services. Since the formation of The Salter Group, I have managed over 1000 engagements across multiple industry sectors including entertainment and media, construction, technology and life sciences. Specifically, I have extensive experience in valuing film collateral, having provided valuation opinions covering, in the aggregate, approximately 5,000 films. A true and correct copy of my C.V. is attached as <u>Exhibit 1</u> hereto and incorporated by reference.

4. In December 2009, The Salter Group was engaged by Stroock to conduct an analysis and create a report, the purpose of which was to express an opinion on the fair market value as of December 7, 2009 of the motion pictures "Love Ranch" and "Five Dollars A Day" (the "Opinion Report"). A true and correct copy of the Opinion Report is attached as <u>Exhibit 2</u> hereto and incorporated by

- 1 -

LA 51366193

1  reference. Please note that information related to "Five Dollars A Day", which is not
2  at issue in this case, has been redacted from the Opinion Report.

3        5.    As set forth in Section 1.2.2 of Exhibit 2 attached hereto, in preparing
4  those portions of the Opinion Report pertaining to "Love Ranch", I reviewed the
5  following materials and information prior to performing our analysis:

      a) cast and summary information regarding "Love Ranch," requested from and provided by Aramid in the file 'Love Ranch - Cast & Summary.doc'.

      b) by-territory license fee estimates for "Love Ranch," requested from and provided by Aramid in the file 'Love Ranch sales estimates.xls', prepared by Capitol Films as of August 10, 2007.

      c) production budget information for "Love Ranch," requested from and provided by Aramid in the file 'Love Ranch – Budget.pdf', prepared as of January 30, 2008.

      d) a completion budget schedule for "Love Ranch," requested from and provided by Aramid in the file 'LOVERANCHcrd091117.pdf', prepared as of November 17, 2009.

      e) liability information for "Love Ranch," requested from and provided by Aramid in the file 'Outstanding Liabilities - Love Ranch.doc'.

      f) by-territory distribution agreements for "Love Ranch," requested from and provided by Aramid.

      g) notice of availability information for "Love Ranch," requested from and provided by Aramid.

      h) certain rights availability information on a by-territory basis for "Love Ranch," requested from and provided by Aramid.

True and correct copies of the written materials I reviewed prior to performing our analysis and preparing those portions of the Opinion Report pertaining to "Love Ranch", and which were produced prior to my November 18, 2010 deposition that I

LA 51366193

1 gave in this matter, are attached hereto as <u>Exhibit 3</u>. Due to the fact that duplicates
2 and unrelated materials that were produced for my deposition on November 18,
3 2010, are not attached, the Bates numbering in Exhibit 3 is not sequential. In
4 addition to reviewing the above referenced documents, I conducted such other
5 interviews, studies, analyses and inquiries as I deemed appropriate.

6. Based on my review of these materials and my related analysis, subject to the assumptions, limitations and other matters set forth in the Opinion Report, I valued the "Love Ranch" collateral between a low of $1,622,100 and a high of $2,013,400. A true and correct copy of the Opinion Report (with portions relating to "Five Dollars A Day" redacted), which sets forth my methodologies and conclusions and fully incorporated herein is attached as <u>Exhibit 2</u> hereto.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 30TH day of January 2011 at Los Angeles, California.



_____
Eric C. Briggs

-3-

LA 51366193